IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM CRITTENDEN,           )
                              )
            Petitioner,       )
                              )
vs.                           )     CIVIL ACTION NO. 2:10cv309-WHA
                              )
UNITED STATES OF AMERICA,     )               (WO)
                              )
            Respondent.       )

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Respondent and against the Petitioner, and this

case is DISMISSED with prejudice.

DONE this 6th day of June, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE